| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BRADLEY BENNETT, §
§
       Plaintiff, §
§
versus § CIVIL ACTION NO. 1:15-CV-5
§
WAL-MART STORES, INC. and §
SANOFI AVENTIS U.S., LLC, §
§
       Defendants. §

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#17), filed June 24, 2016, this action is dismissed with prejudice. The parties shall bear their own costs and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 27th day of June, 2016.

                        _____
                            MARCIA A. CRONE
                         UNITED STATES DISTRICT JUDGE